# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRITTANY LINN ESTES

NO. 2025 KW 0703

**AUGUST 22, 2025**

---

In Re:   Brittany Linn Estes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1383-F-2022.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** A defendant has the constitutional right to present a defense. See U.S. Const. amend. VI; La. Const. art. I, § 16. A party may attack the credibility of a witness by examining him or her concerning any matter having a reasonable tendency to disprove the truthfulness of his or her testimony. See La. Code Evid. art. 607(C). Louisiana Code of Evidence article 412 bars the introduction of evidence of the victim's past sexual behavior, with certain limited circumstances. "Past sexual behavior" has also been described as "sexual history," although not limited to sexual intercourse. See **State v. Everidge**, 96-2665 (La. 12/2/97), 702 So.2d 680, 684. Discovery in this matter produced evidence of the victim's inconsistent statements. We find the contents of the statements are admissible for the purpose of allowing the defendant to impeach the victim's credibility, not to delve into the facts of the victim's past sexual behavior or sexual history. Accordingly, the trial court's ruling denying the defense's motion to introduce evidence of A.M.'s alleged inconsistent statements to impeach his credibility at trial is reversed and this matter is remanded for further proceedings consistent with this court's ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT